IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION,  )<br>WARNER BROS. RECORDS INC.,                    )<br>CAPITOL RECORDS, INC., BMG MUSIC,       )<br>and UMG RECORDINGS, INC.,                      )<br>                                                                          )<br>           **Plaintiffs,**                                              )<br>v.                                                                            ) CIVIL ACTION NO. 04-0804-CG-B<br>                                                                          )<br>**LINDA MUHAMMAD,**                                     )<br>                                                                          )<br>           **Defendant.**                                             | |

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

On March 10, 2005, default was entered by the clerk as to Linda Muhammad pursuant to F.R.Cv.P. 55(a). (Doc. 9). Based upon Plaintiffs' motion for default judgment (Doc. 11), and good cause appearing therefore, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

**1.** Defendant shall pay statutory damages to Plaintiffs pursuant to 17 U.S.C. § 504 for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of **Six Thousand Dollars ($6,000.00**) (representing the minimum statutory award of $750 for each of eight infringements).

**2.** Defendant shall pay Plaintiffs' costs of suit herein in the amount of **Two Hundred Five Dollars ($205.00)**.

**3.** Pursuant to 17 U.S.C. § 502, Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

"Jungle Love," on album "Ice Cream Castle," by artist "The Time" (SR# 55-021);
"Hang," on album "Yourself or Someone Like You," by artist "Matchbox 20" (SR# 227-755);
"Hungry Like the Wolf," on album "Rio," by artist "Duran Duran" (SR# 38-444);
"Talk Dirty to Me," on album "Look What the Cat Dragged In," by artist "Poison" (SR# 82-349);

      "Here Comes the Rain Again," on album "Touch," by artist "Eurythmics" (SR# 52-363);
      "The Woman in Me (Needs the Man in You)," on album "The Woman in Me," by artist "Shania Twain" (SR# 207-884);
      "There's No Way," on album "40 Hour Week," by artist "Alabama" (SR# 60-774);
      "Love Don't Live Here Anymore," on album "Like a Virgin," by artist "Madonna" (SR# 59-442);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.

    **4.** Pursuant to 17 U.S.C. § 503, Defendant shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

    **DONE and ORDERED** this 20th day of June, 2005.


          /s/   Callie V. S. Granade
        CHIEF UNITED STATES DISTRICT JUDGE